# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E5 THERAPY, RIVERBEND COUNSELING SERVICES, SHAMYNDS HEALING CENTER, PC, REPAIR PHYSICAL THERAPY INC., COMPASSION RECOVERY CENTERS LLC, ACHIEVING BALANCE CHIROPRACTIC, LEADING EDGE MENTAL HEALTH, MARTIN ROCHA, MD INC., AND DORA K. GAVROS, DDS, INC. and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE SERVICES, INC., OPTUM INSIGHT, CHANGE HEALTCHARE INC., CHANGE HEALTHCARE OPERATIONS, LLC, CHANGE HEALTHCARE SOLUTIONS, LLC, CHANGE HEALTHCARE HOLDINGS, INC., CHANGE HEALTHCARE TECHNOLOGIES, LLC, CHANGE HEALTHCARE PHARMACY | Case No. 2:26-CV-01857-CKD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY CASE PENDING FURTHER PROCEEDINGS IN JPML** |

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
LOS ANGELES

SOLUTIONS, INC., OPTUM, INC., OPTUM FINANCIAL, INC., OPTUM BANK, AND OPTUM PAY,

Defendants.

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING FURTHE PROCEEDINGS IN JPML

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Inc., and Optum Pay[1] ("Defendants"), by and through counsel, moves this Court for an order staying this matter in its entirety pending a decision by the JPML regarding whether to transfer this case to the Change MDL. Plaintiffs do not oppose this motion.

After full consideration of Defendants' request, and with good cause appearing, the Court hereby GRANTS Defendants' Motion to Stay.

All deadlines and proceedings in this matter are **STAYED** until further ordered by the Court.

**IT IS SO ORDERED.**

Dated:  June 3, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The complaint names Optum Pay as a Defendant.  However, Optum Pay is not a legal entity and cannot be sued.  *See* Mem. Op. and Order, In Re: Change Healthcare, Inc. Customer Data Sec. Breach Litig., No. 0:24-md-03108 (D. Minn.), Dkt. 483 at 14 n.9 ("Optum Pay is not a legal entity and therefore cannot be sued.").

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING FURTHE PROCEEDINGS IN JPML